# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                         )<br>           Plaintiff,    )<br>                                         )<br>v.                                       )<br>                                       )<br>UNIVERSITY OF VERMONT        )<br>MEDICAL CENTER,                 )<br>                                       )<br>           Defendant.   )  | Case No. 2:20-cv-213 |

## THE UNIVERSITY OF VERMONT MEDICAL CENTER'S
## STIPULATED MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT

The University of Vermont Medical Center ("UVMMC") hereby moves, with the government's consent, to enlarge the time in which it may respond to the complaint in this matter to Tuesday, April 20, 2021. This is UVMMC's second request to enlarge time to respond to the complaint. This Court granted UVMMC's first request on December 28, 2020.

Good cause exists for this extension for several reasons, including UVMMC's focus on patient care during the ongoing global pandemic, UVMMC's crucial role in distributing the COVID-19 vaccine to Vermonters, and the parties' need for more time to consider and discuss how to proceed with this matter in light of the Biden administration's appointment of new leadership at the Department of Health and Human Services and Department of Justice. Rule 6 affords the Court "wide discretion" to grant such requests,[1] and courts in this circuit "normally" do so "in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party,"[2] neither of which is present here.

---

[1] *Ramashwar v. City of New York*, 231 Fed. Appx. 26, 27–28 (2d Cir. 2007) (citing 4B Wright & Miller, Federal Practice and Procedure: Civil 3d § 1165 (2002)).

[2] *See, e.g.*, *Remer v. Sebelius*, No. 13 Civ. 7110 (PAC)(JLC), 2014 WL 1202989, at *1 (S.D.N.Y. Mar. 24, 2014) (quoting *Don King Productions, Inc. v. Hopkins*, No. 04 Civ. 9705(PKL), 2004 WL 2997800, at *3 (S.D.N.Y. Dec. 23, 2004)).

Wherefore, UVMMC respectfully requests the enlargement described above, and includes herewith a proposed order for the Court's convenience.

Dated at Burlington, Vermont this 5th day of February, 2021.

**UNIVERSITY OF VERMONT MEDICAL CENTER**

By: */s/ Ian P. Carleton*_____
Ian P. Carleton, Esq.
SHEEHEY FURLONG & BEHM P.C.
30 Main Street, 6th Floor
P.O. Box 66
Burlington, VT 05402-0066
(802) 864-9891
icarleton@sheeheyvt.com