# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-213 |
| | ) | |
| UNIVERSITY OF VERMONT MEDICAL CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter comes before the Court on the University of Vermont Medical Center's ("UVMMC") Stipulated Motion to Enlarge Time to Respond to Complaint. For the reasons stated in the Motion, UVMMC's Motion is GRANTED. UVMMC shall have until April 20, 2021 to respond to the Complaint.

SO ORDERED.

Dated at Burlington, Vermont, this 8th day of February 2021.

/s/ William K. Sessions III
Honorable William K. Sessions III
United States District Judge