UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                            )<br>                        Plaintiff,    )<br>                                                            )<br>         v.                                              )<br>                                                            )<br>UNIVERSITY OF VERMONT       )<br>MEDICAL CENTER,                      )<br>                                                            )<br>                        Defendant.  ) | Case No. 2:20-cv-213 |

## ORDER

This matter comes before the Court on the parties' Joint Motion to Further Enlarge Time to Respond to Complaint. For the reasons stated in the Motion, the parties' joint Motion is GRANTED. UVMMC shall have until September 17, 2021 to respond to the Complaint.

SO ORDERED.

Dated at Burlington, Vermont, this  1st  day of July 2021.

*/s/ William K. Sessions III*
_____
Honorable William K. Sessions III
United States District Judge