IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>University of Vermont Medical Center,<br><br>　　　　　　　　Defendant. | Civ. No. 2:20-cv-213 |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, Plaintiff United States notices dismissal of this action. Rule 41(a)(1)(A)(i) provides that a plaintiff may voluntarily dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Defendant University of Vermont Medical Center has not served an answer or motion for summary judgment in this action. The United States accordingly notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

JONATHAN OPHARDT　　　　　　　　　　KRISTEN CLARKE
　Acting United States Attorney　　　　　　　Assistant Attorney General
　United States Attorney's Office
　District of Vermont　　　　　　　　　　　　 */s/ Matthew J. Donnelly*
　P.O. Box 570　　　　　　　　　　　　　　MATTHEW J. DONNELLY
　Burlington, VT 05402-0570　　　　　　　　 Attorney
　(802) 951-6725　　　　　　　　　　　　　United States Department of Justice
　jon.ophardt@usdoj.gov　　　　　　　　　　Civil Rights Division
　　　　　　　　　　　　　　　　　　　　　950 Pennsylvania Avenue, NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　　　(202) 616-2788
　　　　　　　　　　　　　　　　　　　　　matthew.donnelly@usdoj.gov

DATED:　July 30, 2021